# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Lyon Financial Services, Inc., a  Court File No. 09-CV-1380- (PAM/AJB)
Minnesota corporation, doing business
as USBancorp Business Equipment
Finance Group,

      Plaintiff,                                **ORDER**

v.

Stock Development, LLC,
a Florida limited liability company,

      Defendant.

---

The Court, having considered the parties' Stipulation for Dismissal With Prejudice (Document No. 8),

IT IS ORDERED that the claims of the Plaintiff and Defendant against one another are dismissed with prejudice, with each party to bear its own costs, attorney's fees and other expenses of litigation.

Dated: <u> December  12  , 2009</u>            BY THE COURT:

                                                             <u>s/Paul A. Magnuson</u>
                                                             Paul A. Magnuson, Judge
                                                             United States District Court